WILLIAM J. SCOTT, Attorney General; HOWĂRD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-341—Claimant 

BERKEY PHOTO SERVICE, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed March 20, 1974.*

REUBEN J. ZELLEMAYER, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-KEMA, JR., Assistant Attorney General, for Respodent.

PER CURIAM.

(No. 74-CC-343—Claimant 

STEVE NOSSER FORD, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed March 20, 1974.*

STEVE NOSSER FORD, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.